No. ——. IN RE JONES, 348 U. S. 969. It appearing that all costs in the cases of *Amalgamated Association of Street, Electric Railway, etc., Employees et al.* v. *Southern*

*Bus Lines,* 345 U. S. 964, Nos. 716 and 717, of the October Term, 1952, have now been paid, the rule to show cause is discharged.